582

Sonya STEELE

v.

John Paul STEELE

2130650

Court of Civil Appeals of Alabama.

01/23/2015

Reh. denied 03/06/2015

Certificate of judgment withdrawn
03/26/2015

Affirmed

Julius DURANT

v.

Kenneth INGRAM, Jr.

2130663

Court of Civil Appeals of Alabama.

01/23/2015

Affirmed

Carrie FLORENCE

v.

Taneaca WILSON and Wal-
Mart Stores East, L.P.

2130666

Court of Civil Appeals of Alabama.

03/06/2015

Affirmed

Todd Michael DRURY

v.

Robin Margaret DRURY

2130670

Court of Civil Appeals of Alabama.

03/13/2015

Affirmed

Wayne DANIEL

v.

CITIBANK, N.A.

2130671

Court of Civil Appeals of Alabama.

01/23/2015

Affirmed